[No. 9455–0–II. Division Two. September 1, 1987.]

LENA STEPHENS, *as Personal Representative, Appellant,* v. THE CITY OF TACOMA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–02542–1, J. Kelley Arnold, J., entered January 3, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 10474–1–II. Division Two. September 4, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. DIA M. GARDNER, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 172373RO10, Donald H. Thompson, J., entered October 7, 1986. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 10329–0–II. Division Two. September 4, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK CARLYLE STEINAUER, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86–1–00226–7, Alan R. Hallowell, J., entered August 22, 1986. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.